UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **LEE BELL** | **CIV. ACTION NO. 3:21-03838** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **GRAPHIC PACKAGING INTERNATIONAL, L. L. C.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that this case is hereby **DISMISSED**. Fed. R. Civ. P. 41(b).

**MONROE, LOUISIANA**, this 25th day of April 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**